1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11   NORMAN KING,                        )
                                         )   1:05-cv-00369-OWW-TAG HC
12                  Petitioner,          )
                                         )   ORDER ADOPTING REPORT AND
13                                       )   RECOMMENDATION
           v.                            )   (Doc. 13)
14                                       )
                                         )   ORDER DISMISSING PETITION FOR WRIT
15   U.S. BUREAU OF PRISONS,             )   OF HABEAS CORPUS
                                         )   (Doc. 1)
16                  Respondent.          )
                                         )   ORDER DIRECTING CLERK OF COURT TO
17   _____ )   ENTER JUDGMENT

18

19         Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2241.

21         On July 19, 2006, the Magistrate Judge assigned to the case filed a Report and

22   Recommendation recommending that the petition for writ of habeas corpus be DISMISSED for

23   Petitioner's failure to prosecute. (Doc. 13). The Report and Recommendation was served on all

24   parties and contained notice that any objections were to be filed within thirty days from the date of

25   service of that order. To date, no party has filed objections.

26         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de

27   novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the

28   Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

                                         1

1   Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

2   Accordingly, IT IS HEREBY ORDERED that:

3       1. The Report and Recommendation issued July 19, 2006 (Doc. 13), is ADOPTED IN FULL;

4       2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice; and,

5       3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the

6       file.

7       This order terminates the action in its entirety.

8

9   IT IS SO ORDERED.

10  **Dated:  October 12, 2006**　　　　　　　**/s/ Oliver W. Wanger**
    emm0d6                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28